Gregory D. CROSBY, Plaintiff—
Appellant,

v.

M. HAMILTON, Senior Officer Specialist; Federal Bureau of Prisons, Defendants—Appellees.

No. 11–6868.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 20, 2011.

Decided: Dec. 22, 2011.

Gregory D. Crosby, Appellant Pro Se.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory D. Crosby appeals the district court's order dismissing without prejudice his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) for failure to pay the filing fee. We have reviewed the record and find no reversible error.* Accordingly, we affirm for the reasons stated by the district court. *Crosby v. Hamilton,* No. 7:11–cv–00181–JLK (W.D.Va. June 28,

---

* As the district court noted, Crosby is free to refile upon payment of the filing fee or pro-

duction of the documentation needed to proceed in forma pauperis.

2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*